NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| MICHAEL PERRY, : <br>         Plaintiff, : <br>   : <br> v. : <br>   : <br> STATE TROOPER BRANDON A. : <br> BRUNS, COLONEL RICK FUENTES, : <br> OFFICER WALTER RICHMOND, : <br> PROSPECT PARK POLICE : <br> DEPARTMENT, CHIEF OF POLICE : <br> CHARBEL ADIE, BOROUGH OF : <br> PROSPECT PARK, OLEN PAJIK, JOHN : <br> DOES NOS 1-10, STATE OF NEW : <br> JERSEY THROUGH ITS AGENCY THE : <br> STATE POLICE, : <br>         Defendants. : | **Hon. Dennis M. Cavanaugh** <br><br> **ORDER** <br><br> Civil Action No. 11-CV-2840 (DMC)(JAD) |

DENNIS M. CAVANAUGH, U.S.D.J.:

      This motion comes before the Court upon three motions to dismiss. Plaintiff filed an initial complaint on May 18, 2011 (ECF No. 1). Defendants Prospect Park Police Department, Chief of Police Charbel Adie and the Borough of Prospect Park (hereinafter collectively, the "Prospect Park Defendants") filed a first Motion to Dismiss on June 27, 2011 (ECF No. 3). Defendants Colonel Rick Fuentes and the State of New Jersey through its agency the State Police filed a second Motion to Dismiss on July 18, 2011 (ECF No. 8). On August 2, 2011, Magistrate Judge Dickson granted Plaintiff's Motion to Amend the Complaint. (ECF No. 9). On August 17, 2011, the Prospect Park Defendants filed a third Motion to Dismiss. (ECF No. 11). Plaintiff filed a Response to all three Motions to Dismiss on September 20, 2011 (ECF No. 17). On

November 1, 2011, Defendant Richmond filed an Answer to the Amended Complaint. (ECF No. 24.)

After considering all submissions, and for the reasons stated in this Court's Opinion filed on this day;

IT IS on this   6th   day of February, 2012,

**ORDERED** that Defendants' Motions to Dismiss (ECF No. 3, 8 and 11) are **granted**.

 S/ Dennis M. Cavanaugh
Dennis M. Cavanaugh, U.S.D.J.

Original:    Clerk's Office
cc:           Joseph A. Dickson, U.S.M.J.
              All Counsel of Record
              File